C. H. POWELL CO. (CARL M. LOEB RHOADES & CO.) v. UNITED STATES

No. 7732.—

Entry No. 1302.

(Decided August 19, 1949)

*Sharretts & Hillis (Howard C. Carter of counsel)* for the plaintiff.
*David N. Edelstein*, Assistant Attorney General, for the defendant.

COLE, Judge: This case concerns the dutiable value of quebracho extract, exported from Buenos Aires, Argentina, and entered at the port of Boston, Mass.

An agreed set of facts, upon which the case has been submitted, establishes cost of production, section 402 (f) of the Tariff Act of 1930 (19 U. S. C. § 1402 (f)), to be the proper basis for appraisement of the present merchandise, and that such statutory value is the entered value.

Judgment will be rendered accordingly.